1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   douglas_beevers@fd.org
5
   Attorney for Defendant
6  CHRISTOPHER KEGLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-mj-00294 AC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | ) |
| CHRISTOPHER KEGLER, | ) Date: April 13, 2015 |
| Defendant. | ) Time: 2:00 p.m. |
|  | ) Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Paul Hemesath, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Christopher Kegler, that the status conference scheduled for April 13, 2015 be vacated and be continued to April 27, 2015 at 2:00 p.m.

The grounds for continuance are that the Assistant U.S. Attorney from the Northern District is unavailable due to family emergency leave.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including April 27, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-      *Stipulation and [Proposed] Order to Continue Status Conference*

1  DATED: April 10, 2015                 Respectfully submitted,
                                         HEATHER E. WILLIAMS
2                                        Federal Defender

3                                        */s/ Douglas J. Beevers*
4                                        DOUGLAS J. BEEVERS
                                         Assistant Federal Defender
5                                        Attorney for Christopher Kegler

6  DATED: April 10, 2015                 BENJAMIN B. WAGNER
7                                        United States Attorney

8                                        */s/ by Douglas J. Beevers with consent*
                                         PAUL HEMESATH
9                                        Assistant U.S. Attorney
                                         Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 27, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the April 13, 2015 status conference shall be continued until April 27, 2015, at 2:00 p.m.

Dated:  April 10, 2015

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE